UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
SANTA FE DIVISION

| | |
|---|---|
| TERESA Y. MARQUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:21-cv-00997-JCH-JFR |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY and TRIAD ) | |
| NATIONAL SECURITY, LLC ) | |
| WELFARE BENEFIT PLAN, ) | |
| ) | |
| Defendants. ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), the parties, having announced to the Court that the matters in controversy have been settled, hereby STIPULATE to the dismissal of all claims, demands, and causes of actions asserted or assertable herein by Plaintiff against Defendant, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

SO STIPULATED.

STIPULATED AND AGREED TO:

Dated: March 2, 2022

Respectfully submitted,                    Respectfully submitted,

*Attorney for Plaintiff*                   *Attorney for Defendant Hartford*
By: /s/ Matthew Richter                    By: /s/ Jack M. Englert, Jr.
Nicholas T. Lavella                        Holland & Hart LLP
Keller & Keller LLP                        555 17th Street
2850 N. Meridian St.                       Suite 3200
Indianapolis, IN 46208                     Denver, CO 80202
Phone: 317-926-1111                        Phone: 303-290-1087
Fax: 317-926-1411                          Phone: 303-290-1606

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically via the Court's e-filing system on March 2, 2022, and that all parties and attorneys deemed to accept electronic service will subsequently be notified via the Court's e-filing system.

<u>/s/ Matthew Richter</u>
Matthew Richter