UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TERESA Y. MARQUEZ,

    Plaintiff,

vs.                                       Case No.: 1:21-cv-00997-JCH-JFR

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and TRIAD
NATIONAL SECURITY, LLC
WELFARE BENEFIT PLAN,

    Defendants.

## AGREED ORDER OF DISMISSAL

The parties having advised the Court that the matters in controversy have been resolved, it is accordingly

**ORDERED, ADJUDGED and DECREED** that all claims asserted or assertable herein by Plaintiff against Defendant are released **and DISMISSED WITH PREJUDICE**; and it is further **ORDERED, ADJUDGED and DECREED** that all attorneys' fees and costs are taxed against the party incurring same.

**SO ORDERED.**

SIGNED this 9th day of March 2022.

_____
SENIOR UNITED STATES DISTRICT JUDGE